IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

| IN RE: <br><br> ERIC COLON COTTO <br><br> DEBTOR(S) | CASE NUMBER: 08-07289 GAC <br><br> CHAPTER 13 ASSET CASE) |
|---|---|

**DEBTORS REPLY TO TRUSTEE'S MOTION TO DISMISS**

**TO THE HONORABLE COURT:**

1. That on March 31, 2011, the Trustee filed a Motion to Dismiss based on the fact that debtor's was in arrears in the amount of $1,005.00 dollars.

2. Debtor is current. Enclosed please find copy of payments.

3. Based on the abovementioned, it is debtor's contention that Trustee's motion turns into a moot one.

**NOTICE**

Within thirty (30) days after service as evidenced by the certification, and an additional three (3) days pursuant to Fed. R. Bank. P. 9006(f) if you were served by mail, any party against whom this paper has been served, or any other party to the action who objects to the relief sought herein, shall serve and file an objection or other appropriate response to this paper with the Clerk's office of the U.S. Bankruptcy Court for the District of Puerto Rico. If no objection or other response is filed within the time allowed herein, the objection will be deemed unopposed and may be granted unless: (1) the requested relief is forbidden by law; (2) the requested relief is against

ERIC COLON COTTO
CASE NUMBER: 08-07289 GAC
PAGE 2
REPLY TRUSTEE MOTION...

public policy; or (3) in the opinion of the court, the interest of justice requires otherwise. If you file a timely response, the court may - in its discretion - schedule a hearing.

**WHEREFORE**, it is respectfully requested from this Honorable Court to GRANT the present Motion, therefore deny Trustee's Motion to Dismiss.

In San Juan, Puerto Rico, this 26th, day of April 2011.

**RESPECTFULLY SUBMITTED.**

*/s/ Marilyn Valdes Ortega*
**MARILYN VALDES ORTEGA**
USDC PR 214711
P.O. Box 19559
San Juan, PR 00919-5596
Tel. (787) 758-4400
Fax. (787) 763-0144
E-mail <u>valdeslaw@prtc.net</u>

**WESTERN UNION MONEY ORDER**
WESTERN UNION FINANCIAL SERVICES INC. - ISSUER
Payable at Wells Fargo Bank Grand Junction - Downtown, N.A. Grand Junction, Colorado
Englewood, Colorado

#08-07289

14-284530745

A 104535 D 042511
T 1550 06
142845307457 L 000000

$ 335.00

PAY EXACTLY  THREE HUNDRED THIRTY-FIVE DOLLARS AND NO CENT

PAY TO THE ORDER OF  Alejandro Oliveras Rivera, Sindico   PAYMENT FOR/ACCT. #
P.O. Box 71408 San Juan P.R. 00936-8586   Eric Colon
PURCHASER'S ADDRESS                       PURCHASER'S SIGNATURE

⑉1021004001: 4014284530745711⑉

Atencion:
Lcda. Valdez le envio pagos atrasados de la quiebra #08-07289
Comunique con Eric
787-564-5064

---

**WESTERN UNION MONEY ORDER**
WESTERN UNION FINANCIAL SERVICES INC. - ISSUER
Englewood, Colorado

#08-07289

14-284530747

A 104535 D 042511
T 1552 06
142845307475 L 000000

$ 335.00

PAY EXACTLY  THREE HUNDRED THIRTY-FIVE DOLLARS AND NO CENT

PAY TO THE ORDER OF  Alejandro Oliveras Rivera, Sindico   PAYMENT FOR/ACCT. #
P.O. Box 71408 San Juan P.R. 00936-8586   Eric Colon

⑉1021004001: 4014284530747511⑉

---

**WESTERN UNION MONEY ORDER**
WESTERN UNION FINANCIAL SERVICES INC. - ISSUER
Englewood, Colorado

#08-07289

14-284530746

A 104535 D 042511
T 1552 06
142845307466 L 000000

$ 335.00

PAY EXACTLY  THREE HUNDRED THIRTY-FIVE DOLLARS AND NO CENT

PAY TO THE ORDER OF  Alejandro Oliveras Rivera, Sindico   PAYMENT FOR/ACCT. #
P.O. Box 71408 San Juan P.R. 00936-8586   Eric Colon

⑉1021004001: 4014284530746611⑉

**I HEREBY CERTIFY:** That I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the following:

**08-07289-GAC13 Notice will be electronically mailed to:**

| | |
|---|---|
| LUIS FRED SALGADO | luisfredsalgado@hotmail.com |
| MONSITA LECAROZ ARRIBAS | ustpregion21.hr.ecf@usdoj.gov |
| ALEJANDRO OLIVERAS RIVERA | aorecf@ch13sju.com |
| MARILYN VALDES ORTEGA | valdeslaw@prtc.net |

**I HEREBY CERTIFY:** That I have mailed by regular mail to all creditors listed.

**08-07289-GAC13 Notice will not be electronically mailed to:**

ASUME
ADMINISTRADOR DE ASUME
PO BOX 71442
SAN JUAN, PR   00936-8542

BENEFICIAL NATIONAL BANK
PO BOX 5877
CAROL STREAM, IL   60197-5877

CARMEN DORIS COLON SANTANA
CALLE 1 PARCELA 373 A
LA CENTRAL
CANOVANAS, PR   00729

COMMOLOCO
P.O. BOX 363769
SAN JUAN, PR   00936-3769

COOP A/C DE ARECIBO
PO BOX 1056
ARECIBO, PR   00613-1056

COOP A/C ORIENTAL
PO BOX 876
HUMACAO, PR   00792

DEPARTAMENTO DE HACIENDA
PO BOX 9024140
OFICINA 424 B
SAN JUAN, PR   00902

DEPARTAMENTO DEL TRABAJO
AVE. MUÑOZ RIVERA 505
HATO REY, PR   00918

FEDERAL LITIGATION DEPT OF JUSTICE
PO BOX 9020192
SAN JUAN, PR   00902-0192

FIRST BANK PUERTO RICO
BANKRUPTCY DIVISION
PO BOX 9146
SANTURCE, PR   00908-0146

FIRST BANK PUERTO RICO
PO BOX 9146
SAN JUAN, PR   00908-9146

ISLAND FINANCE
130 EXP. MARTINEZ NADAL 103
GUAYNABO, PR   00969